# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACI DENISE CRISWELL, | Case No. 1:25-cv-00749-BAM |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 4) |
| Defendant. | TWENTY-ONE DAY DEADLINE |

On June 20, 2025, Plaintiff Staci Denise Criswell ("Plaintiff"), through counsel, filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (Doc. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 3). However, Plaintiff's application is insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff reports that in the past 12 months she has received income from (a) business, profession, or other self-employment, (b) rent payments, interest, or dividends, (c) pension, annuity, or life insurance payments, (d) disability, or worker's compensation payments, (e) gifts, or inheritances, and (f) other sources. (Doc. 3 at 1). Plaintiff has not described each source of

1

1 money or stated the amount that she received and what she expects to receive in the future, as
2 required by the application.

3      Having considered the application, the Court requires additional information to determine
4 if Plaintiff is entitled to proceed *in forma pauperis* in this action.  Accordingly, the Court will
5 order Plaintiff to complete and file an Application to Proceed in District Court Without
6 Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit
7 the long form application, Plaintiff must pay the filing fee in full.

8      Based upon the foregoing, it is HEREBY ORDERED that:

9   1.     The Clerk of the Court is directed to forward an Application to Proceed in District
10         Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

11   2     Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1)
12         pay the $405.00 filing fee for this action, or (2) complete and file the enclosed
13         Application to Proceed in District Court Without Prepaying Fees or Costs (Long
14         Form) – AO 239; and

15   3.     If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated: **June 26, 2025**     /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE