UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STACI DENISE CRISWELL,

Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

Case No.  1:25-cv-00749-BAM

**ORDER ON APPLICATION TO
PROCEED *IN FORMA PAUPERIS* AND
DIRECTING CLERK TO ISSUE
SUMMONS AND SCHEDULING ORDER**

(Doc. 6)

Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED as follows:

1.  Plaintiff's application to procced *in forma pauperis* is GRANTED;

2.  The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;

3.  The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:  __**June 30, 2025**__          ____/s/ *Barbara A. McAuliffe*____

UNITED STATES MAGISTRATE JUDGE