ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: asim.modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACI DENISE CRISWELL,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 1:25-cv-00749-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    The parties stipulate through counsel that Defendant, Commissioner of Social Security (Commissioner), shall have an extension of time to respond to Plaintiff's Motion for Summary Judgment in this case. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. In support of this request, the Commissioner respectfully states as follows:

    1.    Defendant's response to Plaintiff's Motion for Summary Judgment is due October 29, 2025. Defendant has not previously requested an extension of this deadline.

    2.    At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for

most Executive agencies, including federal defendant Social Security Administration (SSA).  It is not clear when funding will be restored by Congress.

3. In the absence of either a Fiscal Year 2026 appropriation or a continuing resolution to continue the ongoing operations of SSA, no further financial obligations may be incurred by SSA, except for that work which, as defined by law, is excepted from the limitations of the Anti-Deficiency Act.  *See* 31 U.S.C. §§ 1341–1342.  Given this situation Defendant requests an extension of 30 days to respond to Plaintiff's Motion for Summary Judgment.

4. Effective Monday, October 20, 2025, SSA has determined that undersigned counsel and colleagues within his office may perform work on Social Security cases arising under 42 U.S.C. § 405(g) during the current lapse in appropriations as excepted work.

5. Although the undersigned counsel is permitted to work on Social Security cases arising under 42 U.S.C. § 405(g) as of October 20, 2025, undersigned counsel has many pressing briefing deadlines resulting from the lapse in funding, including at least two other pending Social Security cases before this Court and at least three Social Security appeals pending before the Ninth Circuit.

6. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

7. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until November 28, 2025, respond to Plaintiff's Motion for Summary Judgment.

                                          Respectfully submitted,

Date: <u>*October 24, 2025*</u>      By:    <u>*/s/ Josephine Gerrard*</u>
                                          JOSEPHINE GERRARD
                                          Gerrard Law Offices
                                          Attorney for Plaintiff
                                          (*as authorized by email)

Date: <u>*October 24, 2025*</u>          ERIC GRANT
                                          United States Attorney
                                          MATHEW W. PILE
                                          Head of Program Litigation 1

By:    */s/ Asim H. Modi*
       ASIM H. MODI
       Special Assistant United States Attorney
       Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and cause appearing, Defendant's request for an extension of time to respond to Plaintiff's Motion for Summary Judgment is GRANTED. Defendant shall file a response to Plaintiff's Motion for Summary Judgment on or before November 28, 2025. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **October 24, 2025**     /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE